

**J. MORGAN LEVY FIRM**

**24 N. MAIN ST.**
**FAIRPORT, NY 14450**

October 20, 2023

BY ECF

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Clarke,

       Re:    Koszkul v. Carney, Case No. 1:23-cv-06439-JGLC
                Response to Complaint/Motion to Dismiss

     I represent Ms. Carney, defendant in the above captioned case. On September 15, 2023 I submitted a letter motion requesting I be permitted to file a late response to plaintiff's complaint (doc. 10 in the ECF).  Before the court was able to respond to my motion, plaintiff's counsel submitted an amended complaint. I now seek to file my motion to dismiss plaintiff's amended complaint.

     I submit this motion as defendant's first, given the court's inability to review the papers submitted at doc. 10.

             Sincerely,

             J. Morgan Levy, Esq.
             E: morgan@jmorganlevyfirm.com
             P: 585-678-1160