# EXHIBIT 7

CONFIDENTIAL