**BOND SCHOENECK & KING**

350 Linden Oaks, Third Floor | Rochester, NY 14625-2825 | **bsk.com**

**STEPHANIE HOPPE FEDORKA, ESQ.**
sfedorka@bsk.com
P: 585.342.4736
F: 585.362.4701

May 12, 2025

**SUBMITTED VIA ECF**

Hon. Mark W. Pedersen, United States Magistrate Judge
Kenneth B. Keating Federal Building
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Re:   *Koszkul v. Carney v. Rochester Institute of Technology*
      Index No.: 24-cv-06480-EAW-MWP

Dear Judge Pedersen:

We represent Third-Party Defendant, Rochester Institute of Technology ("RIT") in the above-referenced matter. On April 4, 2025, RIT filed a Motion to Dismiss Third-Party Plaintiff/Defendant, Michelle Carney's ("Ms. Carney") Amended Third-Party Complaint (Docket No. 77), which seeks dismissal of Ms. Carney's Amended Third-Party Complaint in its entirety.

On April 18, 2025, Ms. Carney's attorney filed an Opposition to RIT's Motion to Dismiss (Docket No. 80). On May 2, 2025, RIT filed a Reply in further support of its Motion to Dismiss (Docket No. 85).

On May 7, 2025, Ms. Carney's attorney submitted a request to Your Honor seeking permission to file a sur-reply in connection with RIT's Motion to Dismiss (Docket No. 86).

On Friday, May 9, 2025, without permission to do so, Ms. Carney's counsel filed a sur-reply.  Pursuant to Local Rule 7(a)(6), "*[a]bsent permission of the Judge hearing the motion, sur-reply papers are not permitted.*"

According to the Local Rules, Ms. Carney's submission of a sur-reply is improper. As such, RIT respectfully requests that this Court not consider the sur-reply in consideration of RIT's Motion to Dismiss (Docket No. 87).

We thank the Court for its consideration in this matter.

Attorneys At Law | A Professional Limited Liability Company

Hon. Mark W. Pedersen
May 12, 2025
Page 2

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*Stephanie A. Fedorka*

Stephanie Hoppe Fedorka, Esq.

21547153.v1