**Law Office of Richard A. Altman**  Tel. and Fax 212.633.0123
**150 East 56th Street, Suite 12B**  altmanlaw@earthlink.net
**New York, New York 10022**  artesq@earthlink.net
www.altmanlaw.nyc

May 28, 2025

BY ECF
Hon. Mark W. Pedersen
United States Magistrate Judge
100 State Street
Rochester, New York  14614

    Re: *Koszkul v. Carney*, Case No. 24-cv-06480-EAW

Your Honor:

    I write in response to Ms. Levy's letter of yesterday. I would apologize to the Court and to her for the delay, which is in part due to some personal illness. But I have a substantial amount of material from my client, will be working with him and will respond fully within ten days. Given the extensive motion practice regarding her impleader of RPI, whether they are in the case or dismissed would seem to have a significant impact on the discovery plan.

    As for mediation, it was my understanding that the Court would arrange a date for the session, in consultation with the Court. I am available at any time for a conference to discuss potential dates and to go over the details.

    I appreciate the Court's attention.

                      Respectfully,

                      Richard A. Altman

ECF copy to
J. Morgan Levy