UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Marcel Koszkul,

                         Plaintiff,

Michelle Carney,

                         Defendant.

_____

Michelle Carney,

                         Third Party Plaintiff,

Rochester Institute of Technology,

                         Third Party Defendant

_____

**STIPULATION SELECTION
OF MEDIATOR**

Case No. 24-cv-06480-EAW

IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action that Steven Modica, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on May 19, 2026 at 9:30 AM at 2430 Ridgeway Ave, Rochester, NY 14626.

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

1

2

Dated: February 12, 2026                          Dated: February 12, 2026

/s/ J. Morgan Levy_____                /s/ Laura Myers_____
J. Morgan Levy, Esq.                              Laura Myers, Esq.
J. Morgan Levy Firm, PLLC                         Bond, Schoeneck & King, PLLC
*Attorney for Defendant/Third Party Plaintiff*    *Attorney for Third Party Defendant*
24 N. Main Street, Ste 2                          350 Linden Oaks, Third Floor
Fairport, NY 14450                                Rochester, NY 14625


Dated: February 12, 2026



/s/ Richard A. Altman_____
Richard A. Altman, Esq.
*Attorney for Plaintiff*
150 East 56th Street, Suite 12B
New York, NY 10022

2