**Law Office of Richard A. Altman**     **Tel. and Fax 212.633.0123**
**150 East 56th Street, Suite 12B**       **altmanlaw@earthlink.net**
**New York, New York 10022**             **artesq@earthlink.net**
                                          **www.altmanlaw.nyc**

June 29, 2026

VIA EMAIL : pedersen@nywd.uscourts.gov;  James_Bock@nywd.uscourts.gov
Hon. Mark W. Pedersen, United States Magistrate Judge
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Re: *Koszkul v. Carney v. Rochester Institute of Technology*, Case No. 24-cv-06480-EAW-MWP

Dear Judge Pedersen:

On May 27, 2026, the Court and the parties held a telephone conference. I had agreed to move for sanctions and summary judgment by June 30, 2026. On May 29, Your Honor entered an order to that effect. Due to some health issues, and the press of other cases, I must ask the Court for an extension of this deadline. I ask for 20 days, or until July 20, 2026.

I also wish to request a conference regarding discovery, which may affect that date. On June 23, counsel for RIT sent me a Notice to Produce Documents. I would seek a ruling that my motions would stay the requested discovery here, for two reasons. First, Mr. Koszkul has not asserted any claims against RIT. Second, the summary judgment motion is a relatively simple one, raising a single question of law, namely Ms. Carney's liability to him for defamation, based upon the documents already in the record. The motion for sanctions does not require any discovery either. However, if the Court does not stay this discovery, that will prevent me from filing the motions until it is concluded.

I apologize for the delay in making this request, but the Notice to Produce has now raised this procedural issue.

I am emailing this letter to opposing counsel, and they can inform the Court of their positions on this request.

I appreciate the Court's attention.

Respectfully,

*Richard A. Altman*

Richard A. Altman