UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARCEL KOSZKUL,

        Plaintiff,

v.

MICHELLE CARNEY,

        Defendant.

DECISION & ORDER

24-CV-6480-EAW-MJP

MICHELLE CARNEY,

        Third-Party Plaintiff,

v.

ROCHESTER INSTITUTE OF TECHNOLOGY,

        Third-Party Defendant.

**WHEREAS,** on July 17, 2026, counsel for Plaintiff Marcel Koszkul filed a letter in which he requested an extension of the deadline to move for sanctions and summary judgment from June 30, 2026, to July 20, 2026, and also requested that this Court stay discovery until resolution of the aforementioned motions. (ECF No. 115.); and

**WHEREAS**, the Court held a teleconference with the parties on July 20, 2026, during which Plaintiff's requests were discussed; the Court hereby

**ORDERS**, that the Court **GRANTS** Plaintiff's request for an extension of time to file any motion for sanctions and/or for summary judgment to **August 10, 2026**; and the Court further

**ORDERS**, that it **DENIES** Plaintiff's request to stay discovery until a determination is made on any motion for sanctions or for summary judgment. The Court does not find it necessary to stay discovery because if the Hon. Elizabeth A. Wolford finds that there is a material issue of fact precluding summary judgment the parties will have missed time they could have been engaging in discovery. Even if Judge Wolford grants Plaintiff's motion for summary judgment the case will still move forward between Ms. Carney and RIT. For these reasons the Court finds it prudent for the parties to continue engaging in discovery despite Plaintiff filing any motion for sanctions or summary judgment.

IT IS SO ORDERED.

DATED:    July 20, 2026
          Rochester, New York

_____
MARK W. PEDERSEN
United States Magistrate Judge